# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEE J. DRUMMER,**<br>    **Plaintiff,**<br><br>v.<br><br>**TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA** *t/d/b/a* **HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA,**<br>    **Defendant.** | :<br>:<br>:<br>:   **CIVIL ACTION NO. 16-2982**<br>:<br>:<br>:<br>:<br>:<br>: |

**AND NOW**, this 11th day of December 2017, upon consideration of Defendant's Motion to Dismiss the Amended Complaint (Doc. No. 27) and the Opposition and Reply thereto, it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's Motion is **GRANTED** with respect to Plaintiff's age discrimination and disability discrimination and retaliation claims, and Counts I and III of the Amended Complaint are **DISMISSED WITHOUT PREJUDICE**.

2. Defendant's Motion is **DENIED** with respect to Plaintiff's FMLA interference and retaliation claims in Count V.

3. Defendant's Motion is **GRANTED** with respect to Plaintiff's sex and race discrimination claims based on his placement on a performance improvement plan and his termination, and Counts II and IV are **DISMISSED WITHOUT PREJUDICE** with respect to these claims.

4. Defendant's Motion is **DENIED** with respect Plaintiff's sex and race discrimination claims in Counts II and IV based on unequal pay.

Plaintiff is granted leave to file a second amended complaint on or before **January 11, 2018**. If Plaintiff fails to file a second amended complaint within that time, Defendant is directed to file an answer to the remaining claims in the Amended Complaint on or before **January 25, 2018**.

It is **SO ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**