IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEE J. DRUMMER** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 16-2982 |
| | : | |
| **HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA** | : | |
| | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this 16th day of April 2020, upon consideration of Defendant's Motion for Summary Judgment and all related filings, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1) Defendant's Motion for Summary Judgment [Doc. No. 70] is **GRANTED**.

2) Defendant is **ORDERED** to serve a copy of this Order and the accompanying Memorandum Opinion on Plaintiff by mail and by email.

3) The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**